S. Peter Serrano
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Avenue
Post Office Box 21
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DC
EASTERN DISTRICT OF

NOV 05 2025

SEAN F. McAVOY, CLE
SPOKANE, WASHINGTO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>MANNOY JOEL PADILLA-DOMINGUEZ (a/k/a "Mannor Joel Padilla-Dominguez"),<br><br>     Defendant. | INDICTMENT  4:25-cr-6038-MKD<br><br>Vio: 8 U.S.C. §1326<br>   Alien in the United States After Deportation |

The Grand Jury charges:

On or about October 16, 2025, the Defendant, MANNOY JOEL PADILLA-DOMINGUEZ (a/k/a "Mannor Joel Padilla-Dominguez"), a citizen and national of Honduras, who had theretofore been denied admission, excluded, deported and removed from the United States on or about February 26, 2020, at Brownsville, Texas, was found in the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney

INDICTMENT – 1

General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 5 day of November 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 2